UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS J. DILORENZO,

        Plaintiff,

v.

                                  Case No. 12-CV-12116
                                  Honorable Denise Page Hood

BAC HOME LOANS SERVICING, LP
f/k/a COUNTRYWIDE HOME LOANS
SERVICING, LP,

        Defendant.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date October 26, 2012 , this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendant against the Plaintiff.

Dated at Detroit, Michigan this 26th day of October, 2012.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                BY: s/LaShawn Saulsberry

APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Friday, October 26, 2012, by electronic and/or ordinary mail.

                                                s/Julie Owens
                                                Case Manager, (313) 234-5160